Jacqueline TURNER, on behalf of herself and all others similarly situated, Plaintiff-Appellant,

v.

BENEFICIAL CORPORATION, Beneficial National Bank USA, Defendants-Appellees.

No. 99-13381.

United States Court of Appeals,

Eleventh Circuit.

Jan. 3, 2001.

Appeal from the United States District Court for the Middle District of Alabama (No. 95-01212-CV-A-N); W. Harold Albritton, III, Judge.

(Opinion December 21, 2000, --- F.3d ----, 11th Cir., 2000).

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on whether rehearing should be granted, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.